IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-70636-JAD |
| | : | |
| ROSE GORDON, | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOC. NO. 4, 5 |
| ROSE GORDON, | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | November 6, 2019 at 10:00 AM |
| vs. | : | |
| | : | |
| ASHFORD UNIVERSITY, | : | |
| CAPITAL ONE AUTO, | : | |
| CONSUMER PORTFOLIO, CPS, | : | |
| FIRST PREMIER BANK, | : | |
| FRONTIER COMMUNICATION, | : | |
| HOMETOWN BANK OF PA, | : | |
| KOHLS, M&T BANK, NAVIENT, | : | |
| NORTHWEST SAVINGS BANK, | : | |
| PENN POWER, | : | |
| US DEPT OF EDUCATION, | : | |
| WEBBANK, | : | |
| WELLS FARGO HOME MORT., | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| RESPONDENTS | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION EXTEND THE AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay filed on October 11, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 28, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 29, 2019         By:    /s/ Paul W. McElrath
                                        Paul W. McElrath, Esquire
                                        Attorney for Debtor/Movant
                                        PA I.D. #86220
                                        McElrath Legal Holdings, LLC
                                        1641 Saw Mill Run Blvd
                                        Pittsburgh, PA 15210
                                        (412) 765-3606