# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-70636-JAD |
| | : | |
| ROSE GORDON, | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOCUMENT NO. 4 |
| ROSE GORDON, | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | November 6, 2019 at 10:00 AM |
| vs. | : | |
| | : | |
| ASHFORD UNIVERSITY, | : | |
| CAPITAL ONE AUTO, | : | |
| CONSUMER PORTFOLIO, | : | |
| CPS, | : | |
| FIRST PREMIER BANK, | : | |
| FRONTIER COMMUNICATION, | : | |
| HOMETOWN BANK OF PA, | : | |
| KOHLS, | : | |
| M&T BANK, | : | |
| NAVIENT, | : | |
| NORTHWEST SAVINGS BANK, | : | |
| PENN POWER, | : | |
| US DEPT OF EDUCATION, | : | |
| WEBBANK, | : | |
| WELLS FARGO HOME MORT., | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | **ENTERED BY DEFAULT** |
| ADDITIONAL | : | |
| RESPONDENT | : | |

## ORDER

**AND NOW**, on this __29th__ day of __October__, 2019, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

FILED
10/29/19 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70636-JAD
Rose Gordon                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dric              Page 1 of 2                    Date Rcvd: Oct 29, 2019
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db             +Rose Gordon,    PO Box 195,    Hyndman, PA 15545-0195
15137541       +Ashford University,    8620 Spectrum Center Blvd,    San Diego, CA 92123-1427
15137546       +Denver E. Wharton, Esquire,    Kaminsky, Thomas, Wharton & Lovette,    360 Stonecreek Street,
                Johnstown, PA 15901-1925
15137547       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
15137549       +Hometown Bank Of Pennsylvania,    638 E Pitt St,    Bedford, PA 15522-9724
15137554      ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
                (address filed with court: Northwest Savings Bank,    100 Liberty St,    Warren, PA 16365)
15137556       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
15137558      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
                Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 30 2019 03:35:26
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 03:37:16
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15137545        +E-mail/Text: bankruptcy@consumerportfolio.com Oct 30 2019 03:11:55     CPS,    PO Box 57071,
                 Irvine, CA 92619-7071
15137542        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 30 2019 03:35:27     Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
15137543        +E-mail/Text: bankruptcy@consumerportfolio.com Oct 30 2019 03:11:55
                 Consumer Portfolio Services,    PO BOX 57071,   Irvine, CA 92619-7071
15137544        +E-mail/Text: bankruptcy@consumerportfolio.com Oct 30 2019 03:11:56     Consumer Portfolio Svc,
                 Po Box 57071,   Irvine, CA 92619-7071
15137548         E-mail/Text: bankruptcynotification@ftr.com Oct 30 2019 03:12:20     Frontier Communication,
                 19 John St,    Middletown, NY 10940
15137551        +E-mail/Text: bncnotices@becket-lee.com Oct 30 2019 03:11:16     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15137552         E-mail/Text: camanagement@mtb.com Oct 30 2019 03:11:21     M & T Bank,    PO Box 1288,
                 Buffalo, NY 14240
15137553        +E-mail/PDF: pa_dc_claims@navient.com Oct 30 2019 03:37:21     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
15137555        +E-mail/Text: bankruptcy@firstenergycorp.com Oct 30 2019 03:11:52     Penn Power,    PO Box 3687,
                 Akron, OH 44309-3687
15138369        +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 03:36:04     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15137557        +E-mail/Text: bnc-bluestem@quantum3group.com Oct 30 2019 03:12:08     Webbank/fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
15141126        +E-mail/Text: bankruptcy@firstenergycorp.com Oct 30 2019 03:11:52     West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T Bank
15137550      ##+Kimberly A. Bonner, Esq.,    Zucker, Goldberg, & Ackerman, LLC,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
                                                                                    TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7          User: dric                 Page 2 of 2                  Date Rcvd: Oct 29, 2019
                              Form ID: pdf900            Total Noticed: 22
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Rose  Gordon ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```