# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 19-70636-JAD** |
| | : | |
| **Rose Gordon,** | : | **Chapter 13** |
| Debtor | : | |
| | : | |
| **Rose Gordon,** | : | |
| Movant | : | **Filed Pursuant to Rule 1007-4** |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Rose Gordon,** hereby state as follows:

1. I am unemployed.

2. I receive Social Security Survivor Benefits in the amount of $1,237.00 per month.

3. My son receives Social Security Benefits in the amount of $1,237.00 per month.

4. My boyfriend and his 2 children live in the household and contribute $1,200.00 per month.

5. Due to my lack of income I am not required to file income tax returns.

6. I am not currently employed; therefore, I have not submitted payment advices for the preceding six (6) months.

7. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: October 30, 2019                                           /s/ **Rose Gordon**
                                                                **Rose Gordon**
                                                                Debtor