FILED
2/3/20 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| Rose Gordon | | Bankruptcy No. 19-70636-JAD |
| | Debtor | |
| | | Chapter 13 |
| M&T Bank | | |
| | Movant | Related to Doc. Nos. 40, 30 |
| vs. | | |
| Rose Gordon | | |
| | Respondent | |
| Ronda J. Winnecour, | | |
| | Chapter 13 Trustee | |

## ORDER OF COURT

AND NOW, this 3rd day of February, 2020, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is DENIED AS WITHDRAWN. The hearing in this matter scheduled for February 7, 2020, at 11:00 AM in Courtroom B, Johnstown, PA, is CANCELLED.

BY THE COURT:

Jeffery A. Seller
U.S. Bankruptcy Judge

Consented to by:

***Paul W. McElrath, Esquire***
Paul W. McElrath, Esquire
Attorney for Debtor
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
Phone: (412) 765-3606
Fax: (412) 765-1917
paulm@mcelrathlaw.com

*/s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000 Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Rose Gordon  
      Debtor

Case No. 19-70636-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 1     Date Rcvd: Feb 03, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2020.  
db            +Rose Gordon,    PO Box 195,    Hyndman, PA 15545-0195

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2020 at the address(es) listed below:  
       James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Paul W. McElrath, Jr.    on behalf of Debtor Rose  Gordon ecf@mcelrathlaw.com,  
        donotemail.ecfbackuponly@gmail.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                   TOTAL: 4