# IN THE UNTED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | CASE NO. 19-70636-JAD |
|     **Rose Gordon** | : | CHAPTER 13 |
|         **Debtor** | : | |
| | : | Related to Doc. No. 58 |
| **Rose Gordon** | : | |
|         **Movant** | : | |
| | : | |
|     **v.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|         **Respondents** | : | |

## CERTIFICATE OF SERVICE ORDER APPROVING POST-PETITON AUTOMOBILE FINANCING

    I, Sharla Munroe, the undersigned, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above captioned pleading, Order Approving the Post-Petition Motion for Financing of Automobile, on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.
.

Executed on: <u>July 29, 2021</u>

                                                    By:    /s/ Sharla R. Munroe
                                                                Sharla R. Munroe, Paralegal
                                                                McElrath Legal Holdings, LLC
                                                                1641 Saw Mill Run Blvd
                                                                Pittsburgh, PA 15210
                                                                Tel: 412-765-3606

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Rose Gordon
PO Box 195
Hyndman, PA 15545

American Info Source Lp
Post Office Box 248848
Oklahoma City, OK 73124-8848

Ashford University
8620 Spectrum Center Blvd
San Diego, CA 92123

Capital One
c/o Becket & Lee
16 General Warren Blvd.
Malvern, PA 19355

Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093

Consumer Portfolio Services
PO BOX 57071
Irvine, CA 92619

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619

CPS
PO Box 57071
Irvine, CA 92619

Denver E. Wharton, Esquire
Kaminsky, Thomas, Wharton & Lovette
360 Stonecreek Street
Johnstown, PA 15901

FASTEST PAYDAY LOAN ONLINE.COM

WILLIAMSON AND BROWN,LLC
4691 CLIFTON PKWY
Hamburg, NY 14075

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Frontier Communication
19 John St
Middletown, NY 10940

Hometown Bank Of Pennsylvania
638 E Pitt St
Bedford, PA 15522

Jefferson Capital
PO BOX 7999
Saint Cloud, MN 56302

KML Law Group, PC
James C. Warmbrodt. Esq
701 Market Street, Suite 5000
Philadelphia, PA 19106

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

M & T Bank
PO Box 1288
Buffalo, NY 14240

Navient
Po Box 9500
Wilkes Barre, PA 18773

Northwest Savings Bank
100 Liberty St
Warren, PA 16365

Us Dept Of Ed/glelsi
Po Box 7860
Madison, WI 53707

Webbank/fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303

Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick, MD 21701

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687