LOCAL BANKRUPTCY FORM NO. 24

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 19-70636-JAD** |
| **Rose Gordon,** | : | |
| | : | **Chapter No. 13** |
| **Debtor** | : | |
| _____ | : | |
| **Paul W. McElrath, Esquire /** | : | **Related to Docket No. 68** |
| **McElrath Legal Holdings, LLC,** | : | |
| **Applicant** | : | |
| **vs.** | : | **Hearing Date and Time:** |
| | : | **August 17, 2022 at 10:00 AM** |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN
CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE**

To All Creditors and Parties in Interest:

1.  Applicant represents   Rose Gordon.
2.  This is (check one)
    _____ a final application
       X       an interim application
    for the period October 1, 2019 to July 9, 2022
3.  Previous retainer paid to Applicant: $0.00.
4.  Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5.  Applicant requests additional:
    Compensation of $1,946.00 for Total Compensation of $5,946.00
    Total Expenses Used $ 500.00.
6.  A **Zoom Video Conference Hearing** will be held on **August 17, 2022 at 10:00
    AM** before Judge Jeffery A. Deller via the Zoom Video Conference Application
    ("Zoom").  To participate in and join a Zoom Hearing, please initiate and use the
    following link at least ten (10) minutes prior to the scheduled Zoom Hearing time:
    https://www.zoomgov.com/j/16009283473, or alternatively, you may use the
    following Meeting ID: 160 0928 3473. All participants are required to appear by
    Zoom and must comply with the *Notice of Temporary Modification of Procedures
    Before the Honorable Jeffery A. Deller For Matters Scheduled On or After
    January 1, 2021*, which can be found on the Court's website at
    http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without
    video conferencing capabilities must immediately contact Chambers staff at (412)
    644-4710 to make alternative arrangements. Absent emergency circumstances,
    such arrangements must be made no later than three (3) business days prior to the
    hearing. Only a limited time of 10 minutes is being provided on the calendar. No
    witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be
    scheduled by the Court for a later date.

7.      Any written objections must be filed with the Court and served on the Applicant on or before **July 26, 2022** (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: July 9, 2022

Applicant or Attorney for Applicant:

/s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606