**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 19-70636-JAD** |
| **Rose Gordon,** | : | |
| | : | **Chapter No. 13** |
| **Debtor** | : | |
| | : | |
| **Paul W. McElrath, Esquire /** | : | **Related to Docket No. 68** |
| **McElrath Legal Holdings, LLC,** | : | |
| **Applicant** | : | |
| **vs.** | : | **Hearing Date and Time:** |
| | : | **August 17, 2022 at 10:00 AM** |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR**
**COMPENSATION**
 **FILED AT DOCKET NO. 68**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on July 9, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than July 26, 2022.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: July 27, 2022             By:    /s/ Paul W. McElrath
                                        Paul W. McElrath, Esquire
                                        PA I.D. #86220
                                        1641 Saw Mill Run Boulevard
                                        Pittsburgh, PA 15210
                                        (412) 765-3606
                                        Attorney for Debtor/Movant