**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 19-70636-JAD** |
| **Rose Gordon,** | : | |
| | : | **Chapter No. 13** |
| **Debtor** | : | |
| _____ | : | |
| **Paul W. McElrath, Esquire /** | : | **Related to Docket No. 68** |
| **McElrath Legal Holdings, LLC,** | : | |
| **Applicant** | : | |
| **vs.** | : | **Hearing Date and Time:** |
| | : | **August 17, 2022 at 10:00 AM** |
| **Ronda J. Winnecour, Esquire,** | : | FILED |
| **Chapter 13 Trustee,** | : | 8/11/22 12:13 pm |
| **Respondent** | : | CLERK |
| | | U.S. BANKRUPTCY |
| | | COURT - WDPA |

### ORDER

This matter is before the Court upon the *Application for Compensation* [Docket No. 68]

(the "Application") filed by Paul W. McElrath, Esquire of McElrath Legal Holdings, LLC. Upon

review of the *Application* and finding that no timely responses or objections were filed, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Application* is granted in the amount of $6,446.00 for fees and expenses incurred

   during the period of October 1, 2019 through July 9, 2022 (inclusive of projected time to

   close the case), consisting of fees in the amount of $5,946.00, and expenses in the amount

   of $500.00.

2. The Debtor previously paid counsel an expense retainer of $500 from which out-of-

   pocket expenses could be paid during the case. The residual balance of the expense

   retainer is $0.00.

3. Previously, counsel was paid the "no look" fee of $4,000 for services rendered in the

   case. A portion of the "no look" fee was paid by the Debtor as a prepetition retainer in the

   amount of $0, while the remaining balance of $4,000 is to be paid by the chapter 13

   trustee through the Debtors' confirmed plan.

4. Additional legal fees in excess of the "no look" fee remain due and owing to McElrath Legal Holdings, LLC in the amount of $1,946.00. The remaining balance shall be paid as follows:

    a. Fees in the amount of $1,750.00 shall be paid by the chapter 13 trustee to the extent such fees are provided for in the Debtors' confirmed chapter 13 plan;

    b. Fees in the amount of $196.00 are waived or deferred pursuant to the Application for Compensation.

5. The additional fees authorized by this *Order* may be paid through the Debtors' chapter 13 plan provided that the Debtors amend their plan within 14 days of the date of this *Order* to increase the plan payment by an amount sufficient to provide for the increased fees. The fees shall be paid from the Debtors' resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

Dated: August 11, 2022

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                                    Case No. 19-70636-JAD

Rose Gordon                                                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                              User: auto                                           Page 1 of 1
Date Rcvd: Aug 11, 2022                    Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

#                    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                      the notice recipient was advised to update its address with the court immediately.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

**Recip ID                  Recipient Name and Address**
db                     #+  Rose Gordon, PO Box 195, Hyndman, PA 15545-0195

TOTAL: 1


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE


# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE


# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**


**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Aug 13, 2022                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed
below:**

**Name                              Email Address**

Brian Nicholas
                                              on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Office of the United States Trustee
                                              ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
                                              on behalf of Debtor Rose Gordon ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
                                              cmecf@chapter13trusteewdpa.com


TOTAL: 4