# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | BANKRUPTCY NO. 19-70636-JAD |
| Rose Gordon, | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Rose Gordon, | : | RELATED TO DOC. NO. 73, 74 |
| Movant | : | |
| | : | HEARING DATE & TIME: |
| v. | : | October 26, 2022 at 10:00 AM |
| | : | |
| Ronda J. Winnecour, Esq., | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY ESTATE AGENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application Employ Amy Barfield of Howard Hanna Bardell Realty, filed on September 29, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 17, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 18, 2022                By:  /s/ Paul W. McElrath
                                            Paul W. McElrath, Esquire
                                            Attorney for Debtor/Movant
                                            PA I.D. #86220
                                            1641 Saw Mill Run Blvd.
                                            Pittsburgh, PA 15210
                                            (412) 765-3606