**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **BANKRUPTCY NO. 19-70636-JAD** |
| Rose Gordon, | : | |
| | : | **CHAPTER 13** |
| Debtor | : | |
| ************************************ | : | |
| Rose Gordon, | : | |
| | : | **RELATED TO DOCUMENT NO. 73** |
| Movant | : | |
| | : | **HEARING DATE & TIME:** |
| vs. | : | **October 26, 2022 at 10:00 AM** |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

### ORDER APPROVING RETENTION OF REAL ESTATE AGENT

   *AND NOW*, this 20th day of   October  , 2022, upon consideration of the *APPLICATION TO EMPLOY REAL ESTATE AGENT*, it is **ORDERED, ADJUDGED and DECREED** as follows:

   1.   *Amy Barfield of the real estate agency Howard Hanna Bardell Realty, located at 115 S. Anderson Street, Bedford, PA 15522* is hereby appointed as **Real Estate Agent** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtors' agent in connection with the sale of real estate located at **935 Barton Road, Crystal Spring, PA 15536**. A realtor commission in the amount of *(5%) of the settlement proceed plus $350 non-refundable administrative fee* is tentatively approved, subject to final court order.

   2.   Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention of the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

   3.   Approval of any application for appointment of a professional in which certain hourly fees are requested for various identified professionals is not an agreement by the Court to allow fees at the requested hourly rates, and is not preapproval of compensation pursuant to *11 U.S.C §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

      4. *Applicants shall serve the within Order on all interested parties and file a certificate of service.*

FILED
10/20/22 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
Jeffery A. Deller,
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70636-JAD |
| Rose Gordon | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Oct 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rose Gordon, PO Box 195, Hyndman, PA 15545-0195 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Rose Gordon ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4