# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 19-70636-JAD** |
|    **Rose Gordon** | : | **CHAPTER 13** |
|        **Debtor** | : | |
| | : | **Related to Doc. No. 83, 84** |
| **Rose Gordon** | : | |
|        **Movant** | : | **Hearing Date and Time:** |
| | : | **March 15, 2023 at 10:00 AM via ZOOM** |
|    **v.** | : | |
| | : | |
| **Ashford University, et al** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|        **Respondents** | : | |

## CERTIFICATE OF SERVICE MOTION TO DISMISS PROPOSED ORDER AND NOTICE SCHEDULING DATES FOR RESPONSE AND HEARING ON MOTION TO DISMISS

I, the undersigned of the law firm McElrath Legal Holdings LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Notice Scheduling Dates For Response And Hearing On Motion To Dismiss on the parties at the addresses on the attached matrix. Service made on the parties was by first-class mail or electronic notification.

EXECUTED ON: February 9, 2023

                                                By:    /s/ Paul W. McElrath Jr.
                                                           Paul W. McElrath Jr. Esq.
                                                           McElrath Legal Holdings LLC
                                                           1641 Saw Mill Run Boulevard
                                                           Pittsburgh, PA 15210
                                                           (412)765-3606

MATRIX

Service by NEF

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail

Rose Gordon
PO Box 195
Hyndman, PA 15545

Ashford University
8620 Spectrum Center Blvd
San Diego, CA 92123

Capital One
c/o Becket & Lee
16 General Warren Blvd.
Malvern PA 19355-0000

Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093

Capital One Auto Finance
c/o AIS Portfolio Services LP
4515 N Santa Fe Ave Dept APS
Oklahoma City OK 73118-

Consumer Portfolio Services
PO BOX 57071
Irvine, CA 92619

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619

CPS
PO Box 57071
Irvine, CA 92619

Credit Acceptance
25505 W Twelve Mile Rd
Suite 3000
Southfield MI 48034

Denver E. Wharton, Esquire
Kaminsky, Thomas, Wharton & Lovette
360 Stonecreek Street
Johnstown, PA 15901

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Frontier Communication
19 John St
Middletown, NY 10940

Hometown Bank Of Pennsylvania
638 E Pitt St
Bedford, PA 15522

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Kimberly A. Bonner, Esq.
Zucker, Goldberg, & Ackerman, LLC
200 Sheffield Street, Suite 101
Mountainside, NJ 07092

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

M & T Bank
PO Box 1288
Buffalo, NY 14240

Navient
Po Box 9500
Wilkes Barre, PA 18773

Northwest Savings Bank
100 Liberty St
Warren, PA 16365

Penn Power
PO Box 3687
Akron, OH 44309

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Us Dept Of Ed/glelsi
Po Box 7860
Madison, WI 53707

Webbank/fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303

Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick, MD 21701