# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-70636-JAD |
|     Rose Gordon | : | CHAPTER 13 |
|         Debtor | : | |
| | : | Related to Doc. Nos. 83-85 |
| Rose Gordon | : | |
|         Movant | : | Hearing Date and Time: |
| | : | March 15, 2023 at 10:00 AM via ZOOM |
| v. | : | |
| | : | Responses Due by: February 26, 2023 |
| Ashford University, et al | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|         Respondents | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO DISMISS CHAPTER 13 CASE

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Chapter 13 Case, filed on February 9, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 26, 2023.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 27, 2023        By:    /s/ Paul W. McElrath
                                                                 Paul W. McElrath, Esquire
                                                                   Attorney for Debtor/Movant
                                                                     PA I.D. #86220
                                                                     McElrath Legal Holdings, LLC
                                                                     1641 Saw Mill Run Blvd.
                                                                     Pittsburgh, PA 15210
                                                                     (412) 765-3606