Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Rose Gordon**                              :     Case No. 19−70636−JAD
    *Debtor(s)*                       :     Chapter: 13
                                                           :
                                                           :
                                                           :     DEFAULT ORDER
                                                           :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 9th of March, 2023,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

                                                                           Jeffery A. Deller
                                                                    United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70636-JAD |
| Rose Gordon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 09, 2023 | Form ID: 309 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Rose Gordon, PO Box 195, Hyndman, PA 15545-0195 |
| r | + | Amy Barfield, Howard Hanna Bardell Realty, 115 S. Anderson Street, Bedford, PA 15522-1402 |
| 15151767 | + | Capital One, c/o Becket & Lee, 16 General Warren Blvd., Malvern, PA 19355-1245 |
| 15137546 | + | Denver E. Wharton, Esquire, Kaminsky, Thomas, Wharton & Lovette, 360 Stonecreek Street, Johnstown, PA 15901-1925 |
| 15151773 | + | FASTEST PAYDAY LOAN ONLINE.COM, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, Hamburg, NY 14075-3201 |
| 15137550 | + | Kimberly A. Bonner, Esq., Zucker, Goldberg, & Ackerman, LLC, 200 Sheffield Street, Suite 101, Mountainside, NJ 07092-2315 |
| 15137554 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty St, Warren, PA 16365 |
| 15153217 | + | U.S. Department of HUD, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 10 2023 04:34:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Mar 10 2023 04:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15156297 | | EDI: ATLASACQU | Mar 10 2023 04:34:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15151765 | | EDI: AIS.COM | Mar 10 2023 04:34:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15137545 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 09 2023 23:39:00 | CPS, PO Box 57071, Irvine, CA 92619-7071 |
| 15137542 | + | EDI: CAPONEAUTO.COM | Mar 10 2023 04:34:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 15162603 | + | EDI: AISACG.COM | Mar 10 2023 04:34:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15166068 | | Email/PDF: bncnotices@becket-lee.com | Mar 09 2023 23:54:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15137543 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 09 2023 23:39:00 | Consumer Portfolio Services, PO BOX 57071, Irvine, CA 92619-7071 |
| 15137544 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 09 2023 23:39:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15428203 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 09 2023 23:39:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15168770 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 09 2023 23:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15137548 | | Email/Text: bankruptcynotification@ftr.com | Mar 09 2023 23:39:00 | Frontier Communication, 19 John St, Middletown, NY 10940 |
| 15137547 | + | EDI: AMINFOFP.COM | Mar 10 2023 04:34:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15137549 | | Email/Text: spolca@hometownbankpa.com | Mar 09 2023 23:39:00 | Hometown Bank Of Pennsylvania, 638 E Pitt St, Bedford, PA 15522 |
| 15151777 | | EDI: JEFFERSONCAP.COM | Mar 10 2023 04:34:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15171017 | | EDI: JEFFERSONCAP.COM | Mar 10 2023 04:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15151778 | ^ | MEBN | Mar 09 2023 23:31:13 | KML Law Group, PC, James C. Warmbrodt. Esq, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15137551 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 09 2023 23:39:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15171265 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2023 23:40:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15137552 | | Email/Text: camanagement@mtb.com | Mar 09 2023 23:39:00 | M & T Bank, PO Box 1288, Buffalo, NY 14240 |
| 15159598 | | Email/Text: camanagement@mtb.com | Mar 09 2023 23:39:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15137553 | + | EDI: NAVIENTFKASMSERV.COM | Mar 10 2023 04:34:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15137555 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 09 2023 23:39:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15168867 | + | EDI: JEFFERSONCAP.COM | Mar 10 2023 04:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15166702 | | EDI: Q3G.COM | Mar 10 2023 04:34:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15166701 | | EDI: Q3G.COM | Mar 10 2023 04:34:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15138369 | + | EDI: RMSC.COM | Mar 10 2023 04:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15137556 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 09 2023 23:39:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15137558 | | EDI: WFFC.COM | Mar 10 2023 04:34:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 15137557 | + | EDI: BLUESTEM | Mar 10 2023 04:34:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 15151786 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 09 2023 23:39:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15141126 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 09 2023 23:39:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | M&T Bank |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15151766 | *+ | Ashford University, 8620 Spectrum Center Blvd, San Diego, CA 92123-1427 |
| 15151771 | *+ | CPS, PO Box 57071, Irvine, CA 92619-7071 |
| 15151768 | *+ | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 15151769 | *+ | Consumer Portfolio Services, PO BOX 57071, Irvine, CA 92619-7071 |
| 15151770 | *+ | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 15151772 | *+ | Denver E. Wharton, Esquire, Kaminsky, Thomas, Wharton & Lovette, 360 Stonecreek Street, Johnstown, PA 15901-1925 |
| 15151775 | *P++ | FRONTIER COMMUNICATIONS, BANKRUPTCY DEPT, 19 JOHN STREET, MIDDLETOWN NY 10940-4918, address filed with court:, Frontier Communication, 19 John St, Middletown, NY 10940 |
| 15151774 | *+ | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15151776 | *P++ | HOMETOWN BANK OF PENNSYLVANIA, 638 E PITT STREET, BEDFORD PA 15522-9724, address filed with court:, Hometown Bank Of Pennsylvania, 638 E Pitt St, Bedford, PA 15522 |
| 15151779 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15151780 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, PO Box 1288, Buffalo, NY 14240 |
| 15151782 | *P++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337, address filed with court:, Northwest Savings Bank, 100 Liberty St, Warren, PA 16365 |
| 15151781 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15151783 | *+ | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 15151785 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 15151784 | *+ | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 15137541 | ##+ | Ashford University, 8620 Spectrum Center Blvd, San Diego, CA 92123-1427 |

TOTAL: 1 Undeliverable, 17 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Rose Gordon ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7     User: auto     Page 4 of 4
Date Rcvd: Mar 09, 2023     Form ID: 309     Total Noticed: 41
TOTAL: 4