**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROSE GORDON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-70636 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/10/2019 and confirmed on 01/29/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,459.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,459.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,988.20 | |
|    Trustee Fee | 1,723.71 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,711.91 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HOMETOWN BANK OF PENNSYLVANIA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M & T BANK | 0.00 | 25,363.34 | 0.00 | 25,363.34 |
|     Acct: 8932 | | | | |
|   M & T BANK | 813.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 8932 | | | | |
|   NORTHWEST SAVINGS BANK** | 992.11 | 0.00 | 0.00 | 0.00 |
|     Acct: 8592 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 1,656.16 | 1,656.16 | 256.41 | 1,912.57 |
|     Acct: 5193 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5641 | | | | |
| | | | | 27,275.91 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROSE GORDON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| ROSE GORDON | 5.01 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 4,000.00 | 3,988.20 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 1,750.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXX9/22 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 5,466.17 | 0.00 | 5,466.17 |
| Acct: 1942 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.01 | 5.01 | 0.00 | 5.01 |
| Acct: XXXXXXXXXXXXXXXXX0636 | | | | |
| | | | | 5,471.18 |
| Unsecured | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASHFORD UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2180 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 12,844.09 | 0.00 | 0.00 | 0.00 |
| Acct: 2135 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAMSON AND BROWN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 1,044.42 | 0.00 | 0.00 | 0.00 |
| Acct: 7709 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 857.76 | 0.00 | 0.00 | 0.00 |
| Acct: 9367 | | | | |
| HOMETOWN BANK OF PENNSYLVANIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1561 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 550.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8509 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6798 | | | | |
| ECMC(*) | 6,400.39 | 0.00 | 0.00 | 0.00 |
| Acct: 7168 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8581 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1127 | | | | |
| WEST PENN POWER* | 1,952.76 | 0.00 | 0.00 | 0.00 |
| Acct: 4104 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 9,458.66 | 0.00 | 0.00 | 0.00 |
| Acct: 5193 | | | | |
| QUANTUM3 GROUP LLC AGNT - CROWN | 771.90 | 0.00 | 0.00 | 0.00 |
| Acct: 9213 | | | | |
| QUANTUM3 GROUP LLC AGNT - CROWN | 555.66 | 0.00 | 0.00 | 0.00 |
| Acct: 5115 | | | | |
| QUANTUM3 GROUP LLC - AGENT GPCC I | 564.67 | 0.00 | 0.00 | 0.00 |
| Acct: 9138 | | | | |
| LVNV FUNDING LLC | 695.09 | 0.00 | 0.00 | 0.00 |
| Acct: 9093 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    FRONTIER COMMUNICATION | 615.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 1157 | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5115 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    RENT A CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    KAMINSKY THOMAS WHARTON ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                                      32,747.09

TOTAL CLAIMED
PRIORITY            5.01
SECURED         3,461.65
UNSECURED      36.311.61

Date: 08/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com